# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br>WILLIAM C. TOMAN, JR., ET AL., )  **CASE NO. 5:13-CV-235-D**<br>   Defendants. ) | |

**Decision by the Court:**

  IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's Complaint under 28 U.S.C. § 1915(g). The Clerk shall close the case.

  **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**APRIL 16, 2013**</u> WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to #-0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

<u>April 16, 2013</u>               JULIE A. RICHARDS, Clerk
Date                    Eastern District of North Carolina

                    <u>/s/ Debby Sawyer    </u>
                    (By) Deputy Clerk

Raleigh, North Carolina